In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-433 CV


 ______________________


 

EDWARD S. COX, Appellant



V.



BRENDA CAROL COX, Appellee






On Appeal From the County Court at Law 


Orange County, Texas


Trial Cause No. C-061038-D






MEMORANDUM OPINION


 The appellant, Edward S. Cox, filed a motion to dismiss this appeal. The motion is
voluntarily made by the appellant prior to any decision of this Court and should be granted. 
Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss is
granted and the appeal is dismissed.



 APPEAL DISMISSED.

 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered February 7, 2008

Before McKeithen, C.J., Gaultney and Horton, JJ.